# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Christopher Williams )  **Summons**
) (Issued pursuant to Rule 4 of
) the Federal Rules of Civil
Plaintiff, ) Procedure or other appropriate
) law.)
v. )
) CIVIL ACTION CASE NUMBER:
Samuel Burnett; )
BMS Wireless, LLC. ) Case 2:23-cv-01352-SGC
Defendant. )

Summons in a Civil Action

To: (Defendant's name and address)   Samuel Burnett
605 Springville Rd Suite D
Birmingham, AL 35215

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Allan Armstrong
2017 Morris Ave,
B'ham, AL 35203

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

DATE: 10-13-23

SHARON N. HARRIS, CLERK

By: Angela Day
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Christopher Williams | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| Samuel Burnett; | ) | |
| BMS Wireless, LLC. | ) | Case 2:23-cv-01352-SGC |
| Defendant. | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

BMS Wireless, LLC
C/O Samuel Burnett
605 Springville Rd Suite D
Birmingham, AL 35215

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Allan Armstrong
2017 Morris Ave
B'ham, AL 35203

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

DATE: 10-13-23

~~SHARON N. HARRIS~~, CLERK

By: Angela Day
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203